**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6424**

———————

UNITED STATES OF AMERICA,

Respondent - Appellee,

versus

DELMER VICTOR LEONARD,

Petitioner - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James C. Turk, District Judge; James H. Michael Jr., Senior District Judge. (CR-95-24, CA-99-743-7)

———————

Submitted: June 15, 2000          Decided: June 23, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Delmer Victor Leonard, Appellant Pro Se. Jean Barrett Hudson, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Delmer Victor Leonard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Leonard, Nos. CR-95-24; CA-99-743-7 (W.D. Va. Mar. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED